# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**LARRY EDMOND WILLIAMS**  **PLAINTIFF**
**# 652057**

v.  CASE NO. 4:24-cv-615 JM

**KIMBERLY DUNN,** *et al.*  **DEFENDANTS**

## ORDER

Plaintiff Larry Edmond Williams's federal case was stayed on September 5, 2024, pending the resolution of his state court criminal proceedings. (Doc. 3). In staying his case, the Court warned Williams that his case would be dismissed if he failed to either (1) file a motion to reopen within 60 days of the conclusion of state criminal proceedings or (2) file a status report with this Court no later than August 4, 2025. Williams has not filed a status update, and the time to do so has passed. Accordingly, the Court directs the clerk to lift the stay and dismiss this case without prejudice. Local Rule 5.5(c)(2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 7th day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE