IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LARRY EDMOND WILLIAMS**                                                       **PLAINTIFF**
**# 652057**

**v.**                               **CASE NO. 4:24-cv-615 JM**

**KIMBERLY DUNN**, *et al*.                                               **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 7th day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE